UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
NORMAN LEVY, Derivatively on behalf of
ITT INDUSTRIES, INC.,

        Plaintiff,

        v.

STEVEN R. LORANGER, CURTIS J.
CRAWFORD, CHRISTINA A. GOLD,
RALPH F. HAKE, DR. JOHN J. HAMRE,
RAYMOND W. LEBOEUF, FRANK T.
MCINNIS, LINDA S. SANFORD, and
MARKOS I. TAMBAKERAS,

        Defendants,

        -and-

ITT INDUSTRIES, INC.,

        Nominal Defendant.
------------------------------------------------- x

No. 07 CV 6339 (WP4) (GAY)

## STIPULATION AND [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel, that:

(1) this Action, filed on July 11, 2007, is brought derivatively on behalf of ITT Industries, Inc. (now known as ITT Corporation) against the nine current members of ITT's Board of Directors as defendants;

(2) on April 10, 2007, a derivative action captioned *Sylvia B. Piven Trustee under Trust agreement dated April 3, 1973 f/b/o Sylvia B. Piven, derivatively on behalf of ITT Corporation v. Steven R. Loranger, et al*, No. 07 CV 2878 (CLB) (the "*Piven* Action"), was filed against the nine current members of ITT's Board of Directors alleging similar factual and legal claims as in this

Action;

  (3)  the *Piven* Action is pending before the Honorable Charles L. Brieant;

  (4)  this Action is related to the *Piven* Action within the meaning of Rule 15 of this Court's Rules for the Division of Business Among District Judges; and

  (5)  this Action should be transferred to the docket of Judge Brieant.

Dated: July 23, 2007      WEISS & LURIE

                */s/ Joseph H. Weiss*
                Joseph H. Weiss
                551 Fifth Avenue
                New York, New York 10176
                (212) 682-3025

                STULL, STULL & BRODY
                Jules Brody
                6 East 45th Street
                New York, New York 10017
                (212) 687-7230

                *Counsel for Plaintiff*

                SIMPSON THACHER & BARTLETT LLP

                */s/*
                Paul C. Curnin
                David Elbaum
                425 Lexington Avenue
                New York, New York 10017
                (212) 455-2000

                *Counsel for Nominal Defendant ITT Corporation (sued herein as ITT Industries, Inc.)*

SO ORDERED

DATED: July 23, 2007       */s/ Charles Brieant*
                ~~U.S.M.J.~~ USDJ

2

## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2519

E-MAIL ADDRESS
pcumin@stblaw.com

<u>BY FACSIMILE (914) 390-4095</u>   July 23, 2007

Re: *Levy v. Loranger*, No. 07 Civ. 6339 (WP4) (GAY);
*Piven v. Loranger*, No. 07 Civ. 2878 (CLB)

The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Yanthis:

Further to my conversation with Your Honor's Law Clerk last week, enclosed is a courtesy copy of the Stipulation and [Proposed] Order transferring this action to Judge Brieant, which we have filed with the Clerk's Office.

Respectfully,

Paul C. Cumin

Attachment

cc: The Honorable Charles L. Brieant
Jules Brody, Esq. (counsel for Levy)
Joseph H. Weiss, Esq. (counsel for Levy)
Robert I. Harwood, Esq. (counsel for Piven)

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    HONG KONG    LONDON    TOKYO